UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:19-CR-00160-L |
| | § | |
| KOMLA DETSIKOU (1) | § | |
| BRANDON PARRISH (2) | § | |
| ERIC RAYSHUN PARRISH (3) | § | |
| ANTONIO WILLIAMS, JR (4) | § | |
| LAMARCUS JERMAINE PARRISH (5) | § | |

## ORDER RESETTING TRIAL

Before the court is Brandon Parrish's Unopposed Motion for Continuance of Trial and Pretrial Deadlines (Doc. 76), filed October 31, 2019. The Government and Co-Defendants do not oppose the motion. Upon consideration of the motion, and the applicable law, and in accordance with the findings set forth below, the court determines that the motion should be and is hereby **granted**.

Defendant Parrish requests an additional continuance of at least 90 days because the parties are still in the process of obtaining new discovery after the filing of a Superseding Indictment, which included 15 additional counts. In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the court finds that the ends of justice served by granting the motion outweigh the best interest of the public and Defendants in a speedy trial. In this regard, the court has considered factors that indicate that failure to grant the motion would deny counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, any period of delay resulting from the court's granting the motion for continuance shall be

excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Accordingly, the current trial setting of February 11, 2020 is hereby **vacated**, and this case is **reset** for trial on **Tuesday, July 28, 2020,** at **9:00 a.m.** *No further continuances will be granted unless there are exceptional or extraordinary circumstances.*

The following revised scheduling order is issued for all above-named Defendants:

**Motion Deadline**: March 27, 2020, at 4:00 p.m.

**Motion Response Deadline**: April 10, 2020, at 4:00 p.m.

**Replies:** No replies to any motion may be filed without leave of court.

**Trial Setting**: Tuesday, July 28, 2020, at 9:00 a.m.

**The court's response-to-motion deadline is the date listed only if the motion is filed on the motion deadline; otherwise, the response should be filed in accordance with the court's Local Rules of Criminal Procedure.**

All other portions of the court's original Criminal Trial Scheduling Order remain in effect.

**It is so ordered** this 5th day of November, 2019.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge